IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN SWARTZ,<br>     Plaintiff,<br><br>v.<br><br>YORK SHERWOOD ASSOCIATES, L.P.,<br>     Defendant. | CIVIL ACTION<br><br><br><br>NO.  22-3078 |

## O R D E R

**AND NOW**, this 12th  day of June, 2023, upon consideration of Motion to Compel and for Sanctions (ECF No. 22), and counsels' representations during a Rule 16 held on June 7, 2023, wherein counsel agreed that documents requested in ECF No. 22 would be produced within thirty (30) days and that copies of Defendant's corporate or other tax returns need only be produced for   the last year,[1] the Motion is hereby **DENIED** as moot without prejudice.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
**HODGE, KELLEY B., J.**

---

[1] Plaintiff's counsel may seek leave of court to request additional corporate or other tax returns upon a showing that the discovery sought complies with the Federal Rules of Civil Procedure, and that it is "proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit."  Fed. R. Civ. P. 26(b)(1)